# UNITED STATES BANKRUPTCY COURT
## Southern District of California

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GBB3 INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**45-3163715** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**14925 Encendido**<br>**San Diego, CA**<br>ZIP CODE **92127** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  **Real Estate Investment**

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

*Court stamp:* RELIEF ORDERED — Clerk, U.S. Bankruptcy Court, Southern District of California — Filed: September 12, 2011 15:48:45 — Deputy: JOHANNA PETERSON — Receipt: 215515 — Amount: $1,039.00 — Case #: 11-15205-LT11 — Debtor: GBB3 INC — Judge: LAURA TAYLOR — Chapter: 11

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: **Southern District of California** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____n/a_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *(signed)*
Signature of Attorney for Debtor(s)
**Vance F. Van Kolken**
Printed Name of Attorney for Debtor(s)
**Law Office of Vance F. Van Kolken**
Firm Name
**23905 Clinton Keith Rd. #114-288**
**Wildomar, CA 92595**
Address
**951-315-6355-C; 951-286-1787-O**
Telephone Number
**9-9-11**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *(signed)*
Signature of Authorized Individual
**Barry Blythe**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**9-9-11**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Chapter 11

## SCHEDULE F  Creditors Holding Unsecured Nonpriority Claims

| Name of Creditor | Contact | Nature of Claim<br>Loans incurred | Contingent;<br>Unliquidated;;<br>Disputed; | Amount of Claim |
|---|---|---|---|---|
| Federal National Mortgage Assoc<br>c/o McCarthy Holthus<br>19735 10th Ave NE<br>Ste N-200<br>Poulsbo, WA 98370 | Angela Michael<br>206-319-9100 | 34960 Garoutte Rd.<br>Cottage Grove, OR<br>Susan Lake | Contingent;<br>Disputed | 375,000 |
| Plan River Investment<br>c/o Timothy Liebaert<br>634 Oak Ct.<br>San Bernardino, CA 92410 | Timothy Liebaert<br>909-889-5151 | 295 E. Phillips Blvd<br>Pomona, CA 91766<br>Federico Gomez | Contingent;<br>Disputed | 508,500 |
| Bank of New York<br>c/o Recontrust<br>1757 Tapo Canyon Rd.<br>Simi Valley, CA 93063 | Bmo | 6415 Etiwanda Ave.<br>Mira Loma, CA 91752<br>Fidel Delgado | Contingent;<br>Disputed | 420,000 |
| US Bank NA as Trustee for CSMC Mortgage-BackedPass-Through Certificates, Series 2006-5<br>c/o Barrett Daffin frappier Treder and Weiss<br>20955 Pathfinder Rd. Ste 300<br>Diamond Bar, CA 91765 | Dana Seyler<br>626-915-5714 | 2402 Edgewater Terrace<br>Los Angeles, CA 90039<br>Victor Lomeli | Contingent;<br>Disputed | 995,000 |
| REO Properties Two LP<br>c/o Jignesh Bhavar<br>1440 Shalgrove Dr., Unit F<br>Corona, CA 92882 | Bmo | 9962 Oleander Ave<br>Fontana, CA  92335<br>Jignesh Bhavar | Contingent;<br>Disputed | 550,500 |
| Guild Mortgage Company<br>c/o Pite Duncan<br>4375 Jutland Dr.<br>San Diego, CA 92117 | Renee Belcastro<br>858-750-7600 | 16226 Nippet Ln.<br>Moreno Valley, CA 92551 | Contingent;<br>Disputed | 217,000 |
| Citibank Truste for Cert.Holders<br>c/o Dess Richardson<br>16520 Bake Pkwy Ste. 280<br>Irvine, CA 92618 | Dess Richardson<br>949-759-1080 | 14539 Sleepy Creek Dr.<br>Corona, CA 92880 | Contingent;<br>Disputed | 565000 |
| US Natl Bank<br>3121 Michelson Dr. Forc. Dept.<br>Irvine, CA 92612 | Bmo | 1931 W. Cerritos Ave.<br>Anaheim, CA 92804 | Contingent;<br>Disputed | 635000 |
| Federal  National Mort. Assoc.<br>c/o William Malcolm<br>2112 Business Center Dr.<br>Irvine, CA 92612 | Bmo | 9054 Willis Ave., Unit 29<br>Panorama City, CA 91402 | Contingent,<br>Disputed | 262000 |
| America's Servicing Co<br>c/o Cal-Western Reconveyance<br>525 E. Main St.<br>El Cajon, CA 92020 | Bmo | 394 Caldera St.<br>Perris, CA 92570 | Contingent,<br>Disputed | 533000 |
| US Bank National Assoc.<br>3415 Vision Dr.<br>Columbus,OH 43219 | Bmo | 3817 Trinity St.<br>Los Angeles, CA 90011 | Contingent,<br>Disputed | 415000 |
| US Bank NA<br>c/o OWB REO Dept<br>888 E Walnut St.<br>Pasadena, CA 91101 | Bmo | 25499 Ivory Ave.<br>Moreno Valley, CA 92551 | Contingent,<br>Disputed | 359000 |

| | | | | |
|---|---|---|---|---|
| Wescom Credit Union<br>c/o Integrated Lender Services<br>2411 W. La Palma Ave. #350<br>Anaheim, CA 92801 | Bmo | 203 Springview<br>Irvine, CA 92620 | Contingent, Disputed | 118000 |
| U.S. Bank Natonal Association as Trustee<br>c/o FTFLG Law Corp<br>2121 2nd St. Ste C-105<br>Davis, CA 95618 | Bmo | 11925 Pradera Rd.<br>Santa Rosa Valley, CA 93012 | Contingent, Disputed | 866000 |
| HKS Properties, LLC<br>c/o Rebecca Hufford-Cohen<br>433 N. Camden Dr.<br>Beverly Hills, CA 90210 | Bmo | 4721 Mascot St.<br>Los Angeles, CA | Contingent, Disputed | 550000 |
| Federal National Mortgage Asso<br>888 E. Walnut St.<br>Pasadena, CA 91101 | Bmo | 923 McDonald Ave.<br>Wilmington, CA | Contingent, Disputed | 424000 |
| Bank of America, NA<br>c/o BAC Home Loans Servicing<br>400 National Way<br>Simi Valley, CA 93065 | Bmo | 254 Barbara Dr.<br>Perris, CA 92570 | Contingent, Disputed | 194000 |
| Riverhawk Property Management LLC<br>319 Main St.<br>El Segundo, CA 90245 | Bmo | 141 Mayfair St.<br>Oceanside, CA | Contingent, Disputed | 409000 |

In re: GGB3 INC, debtor                                  Case No. 11-14420-MM11

Chapter 11

SCHEDULE F  Creditors Holding Unsecured Nonpriority Claims

| Creditor | | Address | Status | Amount |
|---|---|---|---|---|
| Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR11, Mortgage Pass-Through Certificates, Series 2006-AR11<br>c/o McCarthy Holthus<br>1770 Fourth Avenue,<br>San Diego, CA 92101 | Bmo | 9985 Lombardy Avenue<br>Bloomington, CA 92316 | Contingent, Disputed | 355,124 |
| Arch Bay Holdings LLC Series 2010B<br>c/o Law Offices of Deborah Bass<br>8961 Sunset Blvd., Suite 2A<br>Los Angeles, CA 90069 | Bmo | 3880 Stony Point Rd.<br>Santa Rosa, CA 95407 | Contingent, Disputed | 807,500 |
| Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through-Certificates Series 2004-R1<br>c/o American Home Mortgage Service<br>4875 Belfort Road<br>Jacksonville, FLA 32256 | Bmo | 235 E. 77th Street<br>Los Angeles, CA 90003 | Contingent, Disputed | 420,000 |